IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DENISE ARMSTRONG, | ) | CASE NO. 1:21-CV-1979 |
| | ) | |
| Plaintiff, | ) | JUDGE: J. PHILIP CALABRESE |
| | ) | |
| v. | ) | **STIPULATED NOTICE OF** |
| | ) | **DISMISSAL** |
| VESUVIUS U.S.A. CORPORATION. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Now comes Plaintiff Denise Armstrong and Defendant Vesuvius U.S.A. Corporation (collectively, "the Parties"), by and through their respective attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and hereby stipulate to the dismissal of the entirety of this matter, *with prejudice*. Each Party to bear its own costs, expenses, and attorneys' fees. Court to retain jurisdiction to ensure the Parties comply with the Agreement reached between the Parties.

Respectfully submitted,

| /s/ Taurean J. Shattuck | /s/ Laura C. Bunting |
|---|---|
| Fred M. Bean (0086756) | Marla N. Presley |
| Taurean J. Shattuck (0097364) | Laura C. Bunting |
| **THE SPITZ LAW FIRM, LLC** | **Jackson Lewis P.C.** |
| 25825 Science Park Drive, Suite 200 | 1001 Liberty Avenue, Suite 1000 |
| Beachwood, OH 44122 | Pittsburgh, PA 15222 |
| Phone: (216) 291-4744 | Phone: (412) 338-5147 |
| Fax:   (216) 291-5744 | Email: marla.presley@jacksonlewis.com |
| Email: fred.bean@spitzlawfirm.com |             Laura.bunting@jacksonlewis.com |
|             taurean.shattuck@spitzlawfirm.com | |
| | *Attorneys For Defendant* |
| *Attorneys For Plaintiff* | |

## **<u>CERTIFICATION</u>**

This is to certify that on the 14th day of December, 2021, a copy of the foregoing was filed via the Court's electronic system and made available to all parties in this matter.

*/s/ Taurean J. Shattuck*

Fred M. Bean (0086756)
Taurean J. Shattuck (0097364)
**THE SPITZ LAW FIRM, LLC**